CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 17 2007

JOHN F. CORCORAN, CLERK
BY: /s/ S. Bugh
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WENDY DIANE HALL COVINGTON, et al., <br> Plaintiffs, <br> v. <br><br> PAM SEMONES, et al., <br> Defendants. | ) <br> ) <br> ) Civil Action No. 7:06cv00614 <br> ) <br> ) By: Hon. Michael F. Urbanski <br> ) United States Magistrate Judge |

## ORDER

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** that defendants' Motion to Seal and/or Strike Exhibits A and B to plaintiffs' response to defendants' Motion to Quash plaintiffs' Rule 30(b)(6) Notice is **DENIED**. Plaintiffs are hereby **ORDERED** to redact Exhibit A to remove the names, addresses, and identifying personal information of minor children on pages 488 and 491 and the notes of the pastoral interview on page 492 and to file the redacted Exhibit A with the clerk within ten (10) days of the date of entry of this Order.

During this ten (10) day period, defendants may appeal this decision to the district court. Should an appeal of this order be filed within this period, both the redacted and unredacted versions of Exhibit A and Exhibit B shall remain **UNDER SEAL** pending the decision of the district court.

Should no appeal be filed within ten (10) days, the Clerk is directed to **UNSEAL** the redacted version of Exhibit A and the original Exhibit B. The unredacted version of Exhibit A is to remain **UNDER SEAL**.

The Clerk is directed to send certified copies of this Order to plaintiff and to counsel of record for the defendants.

Entered this 17th day of April, 2007.

/s/ Michael F. Urbanski
Michael F. Urbanski
United States Magistrate Judge